# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2023

## NO. 03-23-00494-CV

**Phillip G. "Baby Shark" Scott, Appellant**

**v.**

**Judge Daniel Mills and Jennifer Feldman, Appellees**

**APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
DISMISSED – OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the orders dated by the trial court on July 19, 2023 and July 25, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.